UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ST. SAUVER,<br><br>                                    Plaintiff,<br><br>v.<br><br>BYRD-HUNT,<br><br>                                    Defendant. | Case No.:  20cv0584-MDD<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PERMISSION TO INCUR EXPENSES PURSUANT TO CIVIL LOCAL RULE 83.8(a)(2)**<br><br>[ECF No. 63] |

    Before the Court is the Motion for Prior Approval of Reimbursement of Costs of Deposition from the Pro Bono Fund pursuant to Local Rule 83(a)(2), filed by Plaintiff's pro bono counsel of record, Martin G. Molina. (ECF No. 63). Mr. Molina seeks to recover approximately $680.00 to take the deposition of Defendant, Byrd-Hunt.

    Local Rule 83.8(a)(2)(a) often requires prior approval for expenses associated with the pro bono representation of indigent clients in civil cases. The rule states:

> The Pro Bono Fund must be used for reimbursement of out-of-pocket expenses, necessarily incurred by court-appointed attorneys representing indigents pro bono in civil cases not covered by the Criminal Justice Act, provided that approval for such expenses is

first obtained from the magistrate judge assigned the case, or if for any reason the magistrate judge is unavailable, or if the total expenses in the case exceed $1,000.00, the district judge assigned the case.

CivLR 83.8(a)(2)(a).

Here, since the deposition's approximate cost is under $1,000, the request should go to the magistrate judge. The parties, however, consented to magistrate judge jurisdiction, which allowed Judge Dembin to act as the presiding judge in this case. For this reason, it appears that prior approval was not necessary.

Nonetheless, having reviewed and considered the documents supporting Plaintiff's motion, the Court makes a preliminary determination that the approximate amount of $680.00 to take Defendant's deposition is reasonable, and a "necessarily incurred" expense to Mr. Molina's representation of Plaintiff.

Good cause appearing, the Court **GRANTS** Mr. Molina's Motion. For purposes of judicial efficiency, Mr. Molina is directed to apply for reimbursement of the deposition once an invoice with an ascertained amount is provided.

**IT IS SO ORDERED.**

Dated:   March 8, 2023

Hon. Mitchell D. Dembin
United States Magistrate Judge